PHILIP ROSENWASSER, Respondent, *v.* GLOBE INDEMNITY COMPANY, Appellant.

(Submitted October 7, 1918; decided October 15, 1918.)

MOTION to amend remittitur. (See 224 N. Y. 561.)

Motion granted and remittitur amended so as to read as follows: " Judgment affirmed, with costs, with leave to appellant, Globe Indemnity Company, on payment of costs, to withdraw demurrer and serve answer within twenty days after the filing of the amended remittitur."